# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOLLENTA PLUMMER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TMC RESTAURANT OF CHARLOTTE, LLC dba MEN'S CLUB OF CHARLOTTE, a North Carolina Limited Liability Company; LLOYD J ACE, III, an individual; ABDUR RASCHID CHAWDHARY, an individual; DOE MANAGERS 1 through 3; and DOES 4 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:21-cv-00648-FDW-DSC<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF KIRSTEN CAVANAUGH'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** |

NOW COMES plaintiff Kirsten Cavanaugh ("Plaintiff" or "Cavanaugh"), by and through undersigned counsel, and hereby submits her Notice of Acceptance of defendants TMC Restaurant of Charlotte, LLC dba Men's Club of Charlotte, Lloyd J. Ace III, and Abdur Raschid Chawdhary's (collectively, "Defendants") Fed. R. Civ. P. 68 Offer of Judgment as follows:

    1.    Cavanaugh joined this matter on December 22, 2021. *See* Dkt. 10.

    2.    On July 5, 2022, this Court issued its Order Granting Joint Motion to Stay Claims of Plaintiff Kirsten Cavanaugh Pending Arbitration and stayed Plaintiff's claims. *See* Dkt. 16.

    3.    On July 11, 2022, Defendants served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $6,000, inclusive of Plaintiff's attorneys' fees and costs. *See* Exhibit 1.

///

4. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Dated: July 11, 2022

Respectfully submitted,

*/s/ Jesenia A. Martinez*
Jesenia A. Martinez
California Bar No. 316969
**CARPENTER & ZUCKERMAN**
8827 West Olympic Boulevard
Beverly Hills, CA 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*jmartinez@cz.law*
(*Pro Hac Vice*)

Randall J. Phillips
North Carolina Bar No. 36125
**CHARLES G. MONNTETT III & ASSOCIATES**
6842 Morrison Boulevard, Suite 100
Charlotte, NC 28211
Telephone: (704) 376-1911
Fax: (704) 376-1921
*rphillips@carolinalaw.com*

*Attorneys for Plaintiffs and all others similarly situated*

**CERTIFICATE OF SERVICE**

     I certify that on Monday, July 11, 2022 a true and correct copy of the attached **PLAINTIFF KIRSTEN CAVANAUGH'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** and accompanying document were served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Joseph L. Ledford
301 South McDowell Street, Suite 912
Charlotte, NC 28204
Email: josephlledford@yahoo,.com

*Counsel for All Defendants*


                                                       */s/ Jesenia A. Martinez*
                                                        Jesenia A. Martinez