UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00648-FDW-DSC

| | |
|---|---|
| KIRSTEN CAVANAUGH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TMC RESTAURANT OF CHARLOTTE, )<br>LLC; ABDUR RASCHID CHAWDHARY; )<br>DOE MANAGERS 1 THROUGH 3; LLOYD )<br>J ACE III; AND DOES 4 THROUGH 10, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court on the parties' "Joint Motion for Approval of Plaintiff Kirsten Cavanaugh's Acceptance of Defendants' Fed. R. Civ. P. 68 Offer of Judgment," (Doc. No. 19). The evidence in the instant motion establishes that the parties' resolution of Plaintiff's claims via her acceptance of the offer of judgment provides her the full and complete relief. Therefore, the Court concludes that pursuant to applicable law, including that cited in the Court's prior Order, (Doc. No. 18), the parties' settlement of this matter via the acceptance of the offer of judgment is fair and reasonable.

IT IS THEREFORE ORDERED that the parties' "Joint Motion for Approval," (Doc. No. 19), is GRANTED.

IT IS FURTHER ORDERED that the Clerk is respectfully directed to enter judgment per the accepted Rule 68 Offer of Judgment, (Doc. No. 17-1, p. 3), which provides for "Judgment to be entered against it in the grant total sum of Six Thousand Dollars ($6,000.00) in full satisfaction

1

of all claims for relief by Plaintiff Kirsten Cavanaugh against all Defendants, inclusive of any claims for costs or attorney fees." The Clerk is also respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: September 28, 2022

Frank D. Whitney
United States District Judge